Amy Longo (Ca. Bar. No. 198304)
Email: longa@sec.gov
Shuman Sohrn (pro hac vice pending)
Email: SohrnS@sec.gov
Division of Enforcement
Securities and Exchange Commission
100 F Street NE, Mail Stop 5628
Washington, D.C. 20549
Telephone: (202) 551-8472
Facsimile: (202) 304-1469

***NOTE CHANGES MADE BY THE COURT***

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>LARRY M. PHILLIPS,<br><br>Defendant/Respondent, | Case No.: **MC20-00003-AB (ASx)**<br><br>**ORDER TO SHOW CAUSE ISSUED UPON APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR AN ORDER UNDER SECTION 21(e) OF THE SECURITIES EXCHANGE ACT OF 1934** |

Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to Section 21(e) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e)(1), to enforce compliance by Respondent Larry M. Phillips ("Phillips" or "Respondent") with the Order Making Findings and Imposing Remedial Sanctions and a Cease-and-Desist Order Pursuant to Sections 15(b) and 21C of the Securities Exchange Act of 1934, Sections 203(f) and 203(k) of the Investment Advisers Act of 1940, and Section 9(b) of the Investment Company Act of 1940, entered on consent against Phillips

1

and TPG Advisors, LLC on December 15, 2016 pursuant to an administrative proceeding entitled *In the Matter of TPG Advisors, LLC d/b/a The Phillips Group Advisors, and Larry M. Phillips*, Administrative Proceeding File No. 3-17217 (December 15, 2016) (the "Administrative Order"), and it appearing that an Order to Show Cause should issue,[1] it is hereby:

**ORDERED**, that Respondent shall appear before this Court in Courtroom 540 of the Courthouse located at 255 E. Temple Street, Los Angeles, California, on March 23, 2020 at 10:00 a.m. and show cause why the Commission's Application seeking the enforcement of the final Commission Administrative Order against Respondent, including the entry of a final judgment, should not be granted.

**ORDERED** that the Commission shall personally serve Respondent with this Order, and file a proof of service evidencing the same, on or before February 12, 2020.

**FURTHER ORDERED**, that Respondent shall serve and file any opposing papers by 5:00 p.m. on February 27, 2020. Service shall be made by (1) physical delivery to Shuman Sohrn, Securities and Exchange Commission, 100 F Street,

---

[1] This matter was referred to the undersigned Magistrate Judge on February 3, 2020. See Dkt. No. 4.

Mail Stop 5628, Washington, DC 20549-5628; (2) via e-mail to sohrns@sec.gov; or (3) the CM/ECF system of this Court.

**FURTHER ORDERED**, that if the Respondent serves and files any opposing papers, the Commission may serve and file a reply paper by 5:00 p.m. on March 10, 2020, and serve such reply paper on Respondent by (1) physical delivery to Respondent at the address designated in their opposition papers, (2) e-mail to an address designated by Respondent, or (3) the CM/ECF system of this Court if Respondent appears by counsel.

~~**FURTHER ORDERED**, that after review of the papers filed, if the Court determines that oral argument is appropriate, it will schedule the same.~~

**FURTHER ORDERED**, that if Respondent fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondent in default and enter an appropriate order against him at such time without further notice being given

**IT IS SO ORDERED.**

Dated: February 6, 2020

                         /s/ Sagar
                     HONORABLE ALKA SAGAR
                     UNITED STATES MAGISTRATE JUDGE