# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff/Applicant,<br><br>v.<br><br>LARRY M. PHILLIPS,<br><br>Defendant/Respondent, | Case No.: **2:20-mc-0003-AB-AS**<br><br>**[PROPOSED]** **FINAL JUDGMENT AS TO LARRY M. PHILLIPS** |

THIS MATTER comes before the Court on the Plaintiff/Petitioner's Application for an order compelling Respondent Larry M. Phillips ("Phillips" or "Respondent") to show cause why a judgment should not be entered against him pursuant to Section 21(e) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e)(1).

It is **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the United States Securities and Exchange Commission (the "Commission") against Defendant Phillips for disgorgement in the amount of $25,295, plus prejudgment interest of $3,142.69 and all accrued post-order interest through the entry of this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the United States Securities and Exchange Commission against Defendant Phillips for a civil monetary penalty in the amount of

$300,000, plus all accrued post-order interest through the entry of this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that the amounts awarded herein shall be subject to post-judgment interest, pursuant to § 28 U.S.C. 1961, from the date of this Final Judgment until the date all amounts owed have been paid.

It is further **ORDERED, ADJUDGED AND DECREED** that Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; the name of the defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that Defendant shall simultaneously transmit photocopies of evidence of payment and case

identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

It is further **ORDERED, ADJUDGED AND DECREED** that the non-monetary terms of the Commission's Administrative Order rendered against Defendant on December 15, 2016 are fully incorporated herein and subject to enforcement through this Final Judgment. Accordingly, it is hereby further ORDERED that:

(a) Defendant shall cease and desist from committing or causing any violations and any future violations of Section 17(a) of the Securities Act of 1933 (the "Securities Act") and Sections 10(b) of the Exchange Act and Rule 10b-5 thereunder;

(b) Defendant shall be, and hereby is: (i) barred from association with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization; (ii) prohibited from serving or acting as an employee, officer, director, member of an advisory board, investment adviser or depositor of, or principal underwriter for, a registered investment company or affiliated person of such investment adviser, depositor, or principal underwriter; and (iii) barred from participating in any offering of a penny stock, including: acting as a promoter, finder, consultant, agent

or other person who engages in activities with a broker, dealer, or issuer for purposes of the issuance or trading in any penny stock or inducing or attempting to induce the purchase or sale of any penny stock; and

(c) Any reapplication for association by Defendant will be subject to the applicable laws and regulations governing the reentry process, and reentry may be conditioned upon a number of factors, including, but not limited to, the satisfaction of any or all of the following: (a) any disgorgement ordered against Phillips, whether or not the Commission has fully or partially waived payment of such disgorgement; (b) any arbitration award related to the conduct that served as the basis for the Commission order; (c) any self-regulatory organization arbitration award to a customer, whether or not related to the conduct that served as the basis for the Commission order; and (d) any restitution order by a self-regulatory organization, whether or not related to the conduct that served as the basis for the Commission order.

It is further **ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment; and all other orders and decrees which may have been or may be entered in this case, and to grant such relief as this Court may deem necessary and just.

It is further **ORDERED, ADJUDGED, AND DECREED** that, solely for

purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the application are true and admitted by Defendant, and further, any debt for disgorgement, civil penalty or other amounts due by Defendants under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

Dated this 11th day of March, 2020

_____
United States District Court Judge

Presented by:

/s/ Shuman Sohrn
Shuman Sohrn (*pro hac vice* pending)
Attorney for U.S. Securities and Exchange Commission